UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                          <u>ORDER</u>

2021 CHEVY TAHOE, BEARING VEHICLE      24-CV-06713 (PMH)
IDENTIFICATION NUMBER
1GNSKPKD2MR102601,

                    Defendant-in-rem.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff is directed to submit a letter to the Court via ECF, limited to three pages, concerning the status of this action by March 3, 2025.

SO-ORDERED:

Dated: White Plains, New York
         February 25, 2025

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge