UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

v.                                                                      ORDER

2021 CHEVY TAHOE, BEARING VEHICLE          24-CV-06713 (PMH)
IDENTIFICATION NUMBER
1GNSKPKD2MR102601,

                      Defendant-in-rem.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      A telephone conference to discuss Plaintiff's letter-motion seeking to leave to move to compel compliance with its discovery demands is scheduled for **July 24, 2025 at 11:00 a.m**. At the time of the scheduled conference, all parties and the potential claimant, India Clemons, shall call the following number: (855) 244-8681; access code 2317 236 5283.

      Plaintiff is directed to confer with Ms. Clemons, notify her of the conference date and time, and provide her with a copy of this order.

      The Clerk of Court is respectfully requested to: (1) mail a copy of this order to: India Clemons, 13 Bonnyview Street, Springfield, MA 01109; and (2) terminate the pending letter-motion (Doc. 8).

SO-ORDERED:

Dated: White Plains, New York
         July 15, 2025

                                                       Philip M. Halpern
                                                       United States District Judge