UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

v.                                                    ORDER

2021 CHEVY TAHOE, BEARING VEHICLE      24-CV-06713 (PMH)
IDENTIFICATION NUMBER
1GNSKPKD2MR102601,

                      Defendant-in-rem.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Government filed a status letter on August 25, 2025, advising that the parties were close to resolving the matter and requested thirty days to file another status letter. (Doc. 10). That request was granted, and the Court directed the Government to file a letter advising of the status of resolution by September 25, 2025. (Doc. 11). Nothing further has been filed to date.

        Accordingly, the Government shall file a status letter by 5:00 p.m. on October 3, 2025.

        The Clerk of Court is respectfully requested to: (1) mail a copy of this order to: India Clemons, 13 Bonnyview Street, Springfield, MA 01109.

SO-ORDERED:

Dated: White Plains, New York
       September 30, 2025

                                                    _____
                                                  Philip M. Halpern
                                                  United States District Judge