UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                 Plaintiff,

v.                                                                          ORDER

2021 CHEVY TAHOE, BEARING VEHICLE            24-CV-06713 (PMH)
IDENTIFICATION NUMBER
1GNSKPKD2MR102601,

              Defendant-in-rem.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On November 19, 2025, the Government filed a status letter requesting the Court so-order a stipulation between the Government and Capital One Auto Finance. (Doc. 17). The Government advised that the Claimant, Ms. Clemons, was inclined to resolve this case if the Court entered the so-ordered stipulation providing clarity regarding Ms. Clemons' loan obligations. (*Id.*). The Court so-ordered that stipulation and entered it on November 20, 2025. (Doc. 18). Nothing further has been filed to date.

Accordingly, the Government shall file a status letter by 5:00 p.m. on January 12, 2026.

The Clerk of Court is respectfully requested to: (1) mail a copy of this order to: India Clemons, 13 Bonnyview Street, Springfield, MA 01109.

SO-ORDERED:

Dated: White Plains, New York
      December 22, 2025

                                    Philip M. Halpern
                                    United States District Judge