UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

               Plaintiff,

              -v.-

2021 CHEVY TAHOE, BEARING VEHICLE
IDENTIFICATION NUMBER
1GNSKPKD2MR102601,

          Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     :
     :
     :    JUDGMENT OF FORFEITURE
     :    24 Civ. 6713 (PMH)
     :
     :

WHEREAS, on or about September 4, 2025, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

    a.  2021 Chevy Tahoe, Bearing Vehicle Identification Number 1GNSKPKD2MR102601

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4), because there is probable cause to believe that the Defendant-*in-rem* was used, or intended to be used, to transport, or facilitate the transportation, sale, receipt, possession or concealment of controlled substances, in violation of the Controlled Substance Act (21 U.S.C. §801, *et seq.*);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on September 7, 2024, through October 6, 2024, and proof of such publication was filed with the Clerk of this Court on January 28, 2026 (D.E. 22);

2

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about September 27, 2024, India Clemons ("Clemons") filed a Notice of Claim and Verified Statement of Interest, asserting an ownership claim to the Defendant-*in-rem* (D.E. 4);

WHEREAS, on or about October 20, 2025, the Government was advised that Capital One Auto Finance ("Capital One") had an interest in the Defendant-*in-rem*, as a result of a lien derived from a loan given to Clemons (the "Lien");

WHEREAS, on or about November 20, 2025, the Court entered a Stipulation and Order wherein the Government agreed to satisfy the Lien from the net proceeds of the sale of the Defendant-*in-rem* and Capital One agreed not to contest the forfeiture of Defendant-*in-rem* (D.E 18);

WHEREAS, on or about January 13, 2026, the Court a Stipulation and Order wherein Clemons withdrew her claim and agreed not to contest the forfeiture of the Defendant-*in-rem* (D.E. 21);

WHEREAS, Clemons and Capital One are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no outstanding claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in

which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2.      The United States Customs and Border Protection (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated:  White Plains, New York
       January 29, 2026

SO ORDERED:

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

4